No. 90–458. CAMOSCIO v. THE PATRIOT LEDGER ET AL. App. Ct. Mass. Certiorari denied.

No. 90–468. BERTOLA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–470. GLASBRENNER v. SAPIO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–479. HEIMANN ET AL. v. AMOCO PRODUCTION CO. C. A. 10th Cir. Certiorari denied.

No. 90–483. MCKNIGHT v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–496. ZWEIG v. ZWEIG. Sup. Ct. Vt. Certiorari denied.

No. 90–510. BOUCHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–567. WEDLOCK v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 90–5073. BETTISTEA v. MICHIGAN. Cir. Ct. Mich., Kent County. Certiorari denied.

No. 90–5086. ELLIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–5088. BALAWAJDER v. WINTER. C. A. 9th Cir. Certiorari denied.

No. 90–5093. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5142. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5164. HUMPHREY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–5173. DEL ROSARIO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.